IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (406) 403-6347** | MJ 17-58-GF-JTJ<br><br>**ORDER TO EXTEND THE NOTIFICATION OF EXECUTION OF A SEARCH WARRANT AUTHORIZED BY THE COURT ON OCTOBER 13, 2017, AND REMAIN UNDER SEAL**<br><br>**FILED UNDER SEAL** |

WHEREAS a motion to extend the notification period for the execution of a search warrant for information about the location of the cellular telephone assigned call number (406) 403-6347, issued by the Court on October 13, 2017, has been made by the government;

WHEREAS the government has demonstrated that reasonable cause exists to delay notification to the owner and user of cellular telephone by the order authorized by the Court on October 13, 2017;

THEREFORE, IT IS HEREBY ORDERED that pursuant to Rule 41(f) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3103a(b) and (c), agents

1

of the Federal Bureau of Investigation (FBI) shall have an additional ninety (90) days to notify Craig Frazier, the current user of the telephone, of the existence of the warrant authorized on October 13, 2017. That is, law enforcement must notify Craig Frazier by February 9, 2017, of the location information barring additional time being granted upon a showing of good cause by the government.

The Warrant and Order, Application, Affidavit and Motion to Extend the Notification Period in this matter shall remain sealed until further motion from the government at the conclusion of the related investigation.

DATED this 9th day of November, 2017.

_____
John Johnston
United States Magistrate Judge